**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

RECEIVED

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STEPHANIE P. JONES; | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN TELEPHONE AND | ) |
| TELEGRAPH COMPANY, INC.; | ) |
| AFNI, INC.; and, PALISADES | ) |
| COLLECTIONS, LLC; | ) |
| | ) |
| Defendants. | ) |

Civil Action No.

2:07CV 695 - WKW

**DEMAND FOR JURY TRIAL**

## COMPLAINT

## PARTIES

1.    Plaintiff **STEPHANIE P. JONES** is an individual over the age of nineteen (19) years and resides in Montgomery County, Alabama.

2.    Defendant **AMERICAN TELEPHONE AND TELEGRAPH COMPANY, INC. (hereinafter "AT&T"),** is a Delaware corporation qualified to do business in Alabama.

3.    Defendant **AFNI, INC. (hereinafter "AFNI"),** is an Illinois corporation qualified to do business in Alabama.

4.    Defendant **PALISADES COLLECTIONS, LLC (hereinafter "PALISADES"),** is a Limited Liability Company chartered under the laws of New Jersey and is not legally qualified to do business in Alabama.

## JURISDICTION and VENUE

5.     This court has federal question jurisdiction over the issues herein pursuant to *15 U.S.C. § 1692 et. seq.,* The Fair Debt Collection Practices Act; and, Diversity Jurisdiction pursuant to 28 U.S.C. §1331 and 28 U.S.C § 1337.

6.     The court has pendent jurisdiction over the state law claims contained herein.

7.     The Court has personal jurisdiction over Plaintiff as a resident of Montgomery County, Alabama.

8.     The Court has personal jurisdiction over all Defendants as Alabama corporations and/or qualified Alabama corporations; and/or, by their continual and systematic business dealings within Alabama.

9.     Venue is proper in this Court in that Plaintiff is a resident of the Middle District of Alabama; and, all Defendants have engaged in continual and systematic business dealings within he Middle District of Alabama.

## FACTUAL ALLEGATIONS

10.     Sometime before October 2004, Plaintiff entered into a contract for cellular telephone services with Cingular Wireless.   Defendant AT&T is the successor in interest to; surviving entity of a merger with; the parent company of its now dissolved wholly owned subsidiary Cingular; and/or otherwise has become owner of the contract at issue.

11.     Prior to February 3, 2006, Plaintiff received a collection letter from a company known as Superior Asset Management, Inc., which alleged that Plaintiff owed a remaining balance on the Cingular account.   Plaintiff denies that any

2

balance is, or was at that time, owing on the account and that any and all collection activities on the account were, and continue to be bogus and fraudulent.

12.    Following several telephone calls to Superior Asset and after sending the attached letter,  Superior Asset Management, Inc. ceased their collection activities on the account and thus they are not a defendant herein. *(See Letter from Plaintiff to Superior Asset attached hereto as Exhibit "1")*

13.    In or about July 2006 Plaintiff received another collection letter on the same account from Defendant PALISADES which alleged that Plaintiff owed a remaining balance of $189.51. Plaintiff exercised her rights under the FDCPA and sent a dispute letter within 30-days of receipt of the collection letter from PALISADES.

14.    In response to Plaintiff's letter disputing the debt, PALISADES provided Plaintiff with the documentation PALISADES claimed supported their collection activities.  Rather than support the debt, the documents actually prove that AT&T owes, and has owed Plaintiff a credit of $45.41 since at least January 20, 2003. *(See Letter dated August 28, 2006 and supporting documents from PALISADES attached hereto as Exhibit "2")*

15.    Following receipt of the package attached as Exhibit "2", Plaintiff telephoned PALISADES, spoke with a female representative who agreed with Plaintiff's assessment, and then promised Plaintiff that PALISADES would cease and desist from their collection activities and close their file.

16.    On or about March 20, 2007, Plaintiff received yet another "validation of the debt" package from PALISADES which included the same documents they sent in August 2006; and, again claiming that the same documents validated a debt

3

owed by Plaintiff. The March 2007 package from PALISADES also recklessly included account information about another consumer totally unknown to Plaintiff. Again, rather than support the alleged debt the March 2007 package verified that AT&T owes Plaintiff money. *(See March 2007 package from PALISADES attached hereto as Exhibit "3")*

17.    On or about March 24, 2007, Plaintiff received a credit alert from an online credit report monitoring service to which she subscribes. The alert, verified by review of her credit report, indicated that PALISADES had entered a new and derogatory credit account or trade line on Plaintiff's credit report resulting in a reduction of Plaintiff's credit score. *(See credit alert page attached hereto at Exhibit "4")*

18.    Plaintiff again telephoned PALISADES. This time the male agent contended that a "credit" balance does not mean that Plaintiff does not owe any money on the account and that he would not be filing a correction with any credit reporting agency to remedy the issue.

19.    On or before March 20, 2007, Plaintiff also received a first notice of collection account from defendant AFNI. The notice was properly addressed to Plaintiff's home address in Montgomery. The AFNI notice claims that the balance on the Cingular account had increased to $661.59. *(See March 11, 2007 letter from AFNI attached hereto as Exhibit "5")*

20.    On March 20, 2007, Plaintiff sent a letter of dispute to AFNI. *(See Plaintiff letter attached hereto as Exhibit "6")*

21.    On or about April 20, 2007, Plaintiff received an alleged "validation of the debt" response from AFNI. The validation letter from AFNI fails to do

4

more than restate the erroneous information included in their first notice. This letter was also properly addressed to Plaintiff's home address in Montgomery. *(See April 15, 2007 letter from AFNI attached hereto as Exhibit "7")*

22.    On or about April 23, 2007, Plaintiff's counsel Jerry Thornton sent a letter of representation to AFNI which directed that all future communications be sent to his attention; disputed the debt; and, requested proof of the alleged debt. *(See April 23, 2007 letter from Thornton attached hereto as Exhibit "8")*

23.    On or about June 8, 2007, AFNI prepared and sent another inadequate validation of debt letter addressed to Plaintiff but sent to her lawyer's address rather than to her home. *(See June 8, 2007 letter from AFNI attached hereto as Exhibit "9")*

24.    On or about June 29, 2007, AFNI prepared and sent yet another inadequate validation of debt letter addressed to Plaintiff but again sent to her lawyer's address rather than to her home. *(See June 29, 2007 letter from AFNI attached hereto as Exhibit "10")*

25.    Plaintiff denies that she owes any debt to any named Defendant.

## COUNT I
### Negligence

### Negligent Supervision

26.    Plaintiff adopts and re-alleges all paragraphs above as if fully restated herein.

27.    All named Defendants were negligent in the marketing, origination, processing, and collecting Plaintiff's alleged account. As a direct and proximate

5

result, Plaintiff was damaged as set out below. To the extent Defendants' conduct was reckless, wanton, or part of a pattern and practice of misinforming and deceiving consumers, Plaintiff seeks punitive damages.

28.    All named Defendants negligently performed quality control on accounts they originated, processed, collected and/or purchased. As a direct and proximate result, Plaintiff was damaged as set out below. To the extent the Defendants' conduct was reckless or wanton, Plaintiff seeks punitive damages.

29.    All Defendants negligently or recklessly misrepresented and/or concealed the terms of Plaintiff's account. As a direct and proximate result, Plaintiff was damaged as set out below. To the extent Defendants' conduct was reckless, wanton, or part of a pattern and practice of misinforming and deceiving consumers, Plaintiff seeks punitive damages.

30.    Each Defendant negligently selected, managed, supervised, trained and/or instructed its agents and employees. To the extent Defendants' conduct was reckless, wanton, or part of a pattern and practice of misinforming and deceiving consumers, Plaintiff seeks punitive damages.

31.    Each Defendant failed to promulgate, implement, communicate and enforce rules and procedures which would prevent illegal, bogus and/or paid consumer accounts from being pursued through multiple debt collectors; and, such that consumer accounts, including Plaintiff's account were properly monitored, reviewed and/or verified. To the extent Defendant's conduct was reckless, wanton, or part of a pattern and practice of misinforming and deceiving consumers, Plaintiff seeks punitive damages.

6

32.    Defendant AT&T negligently failed to conduct reasonable due diligence in regards to PALISADES and AFNI before contracting with them to collect consumer accounts including Plaintiff's account.  To the extent Defendant's conduct was reckless, wanton, or part of a pattern and practice of misinforming and deceiving consumers, Plaintiff seeks punitive damages.

33.    Defendant AT&T negligently failed to conduct reasonable due diligence in regards to PALISADES and AFNI after contracting with them to collect consumer accounts including Plaintiff's account.  To the extent Defendant's conduct was reckless, wanton, or part of a pattern and practice of misinforming and deceiving consumers, Plaintiff seeks punitive damages

34.    All named Defendants' acts of negligence were committed under circumstances of insult and contumely.

35.    Defendants breached their legal, contractual and/or assumed duty of reasonable care to the Plaintiff.  As a proximate result, Plaintiff was injured as set forth below.  To the extent Defendants' conduct was reckless, wanton, or part of a pattern and practice of misinforming and deceiving consumers, Plaintiff seeks punitive damages.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands judgment from the Defendants, jointly and severally, for compensatory and punitive damages in an amount to be awarded by a jury.

## COUNT II
### Fraud

### Promissory Fraud

7

36.    Plaintiff adopts and re-alleges all paragraphs above as if fully restated herein.

37.    Each Defendant fraudulently, recklessly, intentionally, or through mistake; concealed, suppressed or misrepresented the terms of Plaintiff's account. The facts and circumstances that give rise to the claims in this count and other counts within this complaint include, but are not limited to the facts and Exhibits set forth in paragraphs 10-25 within the Factual Allegations above.

38.    Defendant PALISADES is engaged in a pattern and practice of misinforming consumers, including Plaintiff, about the terms of their accounts. The practice is consummated on unwary consumers with grossly inaccurate and false collection notices followed sometimes as in this case, by promises of termination of their collection activities when the account is not validated. Many consumers, although fortunately not Plaintiff, are subsequently sued by PALISADES on the bogus and/or time barred accounts.

39.    Although PALISADES promised Plaintiff that they would cease their collection actions on the account in 2006, they never intended to do so and as such engaged in promissory fraud in order to deceive Plaintiff.

40.    Defendants AT&T and AFNI ratified the fraud and promissory fraud by continuing collection activities on the bogus account.

41.    Plaintiff reasonably and justifiably relied upon Defendants' misrepresentations including those by concealment and promissory fraud, to her detriment. As a direct and proximate result, Plaintiff was injured as set forth below.

8

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment from the Defendants, jointly and severally, for compensatory and punitive damages in an amount to be awarded by a jury.

## COUNT III
### Negligence Per Se

42.    Plaintiff adopts and re-alleges all paragraphs above as if fully restated herein.

43.    Defendants PALISADES and AFNI violated various provisions of 15 U.S.C. § 1692 et. seq., The Fair Debt Collection Practices Act, as set out below. The Act is intended for the benefit of the special class of citizens to which Plaintiff belongs. The conduct of these Defendants damaged Plaintiff and amounts to Negligence Per Se. Defendants' acts were committed under circumstances of insult and contumely.

WHEREFORE,    PREMISES    CONSIDERED    Plaintiff    demands compensatory and punitive damages as set forth below.

## COUNT IV
### Violations of the Fait Debt Collections Practices Act

44.    Plaintiff adopts and re-alleges all paragraphs above as if fully restated herein.

45.    Defendant PALISADES, through their agents and employees, violated or failed to comply with the FAIR DEBT COLLECTIONS PRACTICES ACT *15 U.S.C. § 1692 et. seq.* While not meant to be exhaustive of all violations of FDCPA, Plaintiff alleges PALISADES violated the following:

9

a.    *15 U.S.C. § 1692e(2)(A)*:  Defendant falsely represented the amount and character of the debt it was attempting to collect; and,

b.    *15 U.S.C. § 1692g(b):*  Defendant failed to provide adequate validation of the debt upon proper request by Plaintiff.

46.    Defendant AFNI, through their agents and employees, violated or failed to comply with the FAIR DEBT COLLECTIONS PRACTICES ACT *15 U.S.C. § 1692 et. seq.*    While not meant to be exhaustive of all violations of FDCPA, Plaintiff alleges PALISADES violated the following:

a.    *15 U.S.C. § 1692e(2)(A)*:  Defendant falsely represented the amount and character of the debt it was attempting to collect;

b.    *15 U.S.C. § 1692g(b):*  Defendant failed to provide adequate validation of the debt upon proper request by Plaintiff; and.

c.    *15 U.S.C. § 1692c(a)(2):*  Defendant communicated directly with Plaintiff after receiving notice that she was represented by counsel.

**WHEREFORE**, Plaintiff demands judgment against the named Defendants in this count for the maximum statutory damages trebled where allowed; actual damages including damages for mental anguish, credit defamation, emotional distress, humiliation, and embarrassment; the costs of this proceeding; and reasonable attorney's fees.

10

## COUNT V

### Slander of Credit

47.    Plaintiff adopts and re-alleges all paragraphs as if fully restated herein.

48.    Each Defendant negligently, recklessly, wantonly or intentionally defamed Plaintiff's credit by their attempts to collect a bogus and paid debt; and, by their reporting of said account as delinquent when in fact it was not. As a direct and proximate result, Plaintiff's credit score was lowered and she suffered and will continue to suffer other damages as set forth above and below.

**WHEREFORE**, Plaintiff demands judgment against the named Defendants, jointly and severally, for compensatory and punitive damages in an amount to be determined by a jury.

## COUNT VI

### Invasion of Privacy

49.    Plaintiff adopts and re-alleges all paragraphs as if fully restated herein.

50.    All Defendants wrongly invaded the privacy and solitude of Plaintiff by attempting to collect a bogus debt and reporting that bogus to national credit reporting agencies. As a direct and proximate result, Plaintiff's credit score was lowered and she suffered and will continued other damages as set forth below.

**WHEREFORE**, Plaintiff demands judgment against the named Defendants, jointly and severally, for compensatory and punitive damages in an amount to be determined by a jury.

## COUNT VI
## Conspiracy

51.    Plaintiff adopts and re-alleges all paragraphs as if fully restated herein.

52.    Each Defendant was present, complicit, aiding and abetting each other in the conduct of unlawful, predatory and immoral business activities.    Each conspired to defraud and cheat Plaintiff. As a direct and proximate result, Plaintiff suffered and will continue to suffer damages as set forth below.

**WHEREFORE**, Plaintiff demands judgment against the named Defendants, jointly and severally, for compensatory and punitive damages in an amount to be determined by a jury.

## COUNT VII
## Damages

53.    Plaintiff adopts and re-alleges all paragraphs as if fully restated herein.

54.    Defendants wrongful conduct combined and concurred to proximately caused Plaintiff to be damaged as follows:

   a.    Plaintiff suffered and will continue to suffer substantial economic loss and expense.

   b.    Plaintiff suffered and will suffer in the future severe emotional distress, physical illness, mental anguish, defamation of her credit, humiliation, and embarrassment.

12

55.    To the extent Defendants' wrongful conduct was reckless, wanton or intentional; and/or a part of a pattern and practice to misinform or deceive; Plaintiff is entitled to and demands punitive damages.

## **PRAYER FOR RELIEF**

56.    Plaintiff adopts and re-alleges all paragraphs above as if fully restated herein.

57.    Plaintiff demands judgment as set out below from the Defendants, jointly and severally:

    a.    Compensatory and actual damages in an amount to be awarded by a jury;

    b.    Punitive damages in an amount to be awarded by a jury under each claim made by Plaintiff whereby punitive damages are recoverable;

    c.    Actual damages under Plaintiff's FDCPA claims including but not limited to damages for mental anguish, emotional distress, slander of credit, humiliation, and embarrassment; trebled where allowed;

    d.    Maximum statutory damages (including treble damages where allowed) under Plaintiff's FDCPA;

    e.    Post-judgment interest;

    f.    Costs of this proceeding; and,

    g.    Reasonable attorney's fees.

Respectfully Submitted,

ROBERT E. KIRBY, JR. (KIR013)

13

Attorney for Plaintiff
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Dr.
Birmingham, AL  35242
Telephone:  (205) 254-0975
Fax:          (205) 669-5351
Email:  bkirby@bkirbylaw.com


**PLAINTIFF HEREBY DEMANDS A STRUCK JURY IN THE TRIAL OF THIS CAUSE**

OF COUNSEL


**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL, RETURN RECEIPT, AS FOLLOWS:**

AMERICAN TELEPHONE AND TELEGRAPH COMPANY, INC.,
c/o
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

PALISADES COLLECTIONS, LLC
c/o
CT Corporation
208 LaSalle Street, Suite 814
Chicago, IL 60604

AFNI, INC.
c/o
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

EXHIBT 1                STEPHANIE JONES COMPLAINT

*Stephanie P. Jones*
*6217 Lycoming Road*
*Montgomery, Alabama 36117*
*(334)279-1608*

February 3, 2006

Superior Asset Management, Inc.
P.O. Box 1928
Ft. Walton Beach, FL 32549

RE: Client Account# 41067222- Cingular Wireless

Dear Sir or Madame:

After speaking with two of your supervisors regarding the above-referenced account, I felt it necessary to write this letter. When I was originally contacted via written letter regarding the above-referenced account, I immediately forwarded a letter to your company advising you that I did not owe the debt and demanded strict proof thereof. I never received proof of the debt.

On February 2, 2006, I received a message to call your company regarding the debt. I made the call. I advised the supervisor that I forward a letter disputing the debt and never received a response. She told me that it was not their responsibility to provide me with proof. It was my responsibility to obtain such proof. However, according to §809(4) of the Fair Debt Collection Practices Act, "a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, **the debt collector will obtain verification of the debt** or a copy of the judgment against the consumer and a copy of such verification or judgment will be **mailed to the consumer by the debt collector**".

No one at your company has disputed the fact that I mailed said letter to your company within the prescribed time. Yet, they are insistent that you have no responsibility to comply with the Fair Debt Collections Act. Further, they told me that this information will be reported to the credit bureau. According to §809(b) of the Fair Debt Collection Practices Act, "if the consumer notifies the debt collector in writing within the thirty day period described in subsection (a) that the debt, or portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall **cease collection of the debt,** or any disputed portion thereof, until the debt collector obtains verification of the debt ........".

EXHIBT 1                STEPHANIE JONES COMPLAINT

Your company believes that you are above the law and such attitude is reflected in your supervisors. I have taken the liberty of enclosing §809 of the Fair Debt Collection Practices Act for your review. You refuse to provide any proof that I owe this debt. Yet, you seek to place this account on my credit report. Although I vehemently dispute that I owe Cingular Wireless anything, I was willing to pay a small amount to get you to stop harassing me and avoid the possibility of this reporting on my credit. However, if you place this unwarranted, unverified account on my credit report, I will sue you, individually, and I will also sue the company. I refuse to be bullied into paying a debt I do not owe. If you wish to discuss this matter with me in a professional manner, I welcome that opportunity. I can be reached at (334) 548-2514 from 9:00 a.m. until 5:00 p.m. Monday through Friday.

I hope you will review the Fair Debt Collection Practices Act very carefully and discuss the same with your representatives.

Sincerely,


Stephanie P. Jones

Enclosure

pc:     Jerry L. Thornton, Attorney at Law
        Hon. Troy King, Attorney General
        Federal Trade Commission
        President, Cingular Wireless

EXHIBIT 2                     STEPHANIE JONES COMPLAINT

### PALISADES COLLECTION, LLC
#### 87 S. Commerce Way, Suite 700
#### Bethlehem, PA 18017
#### (866)230-8094  610-758-9781 (fax)
*Office Hours:  Monday-Thursday 8 AM – 8 PM & Friday 8AM-4:30PM*

North Carolina Permit# 3804
North Carolina Permit# 4145
New York City Department of Consumer Affairs License#1223521
New York City Department of Consumer Affairs License#1223513

August 28, 2006

Debtor #: 278858-9
Creditor:  AT &T Wireless
Account #:  087800000030346867
Balance: $189.51

Stephanie Jones
 6217 Lycoming Rd
Montgomery,AL 36117

Dear Ms Jones:

Enclosed please find documentation to substantiate the above
mentioned account.

Please contact our office at 1-866-230-8094 to speak with an Account
Representative.

Very truly yours,

Dispute Department

***This correspondence is from a debt collector and is an attempt to collect a debt.  Any information
obtained will be used for that purpose.***

For information about the Colorado Fair Debt Collection Practices Act,
See www.ago.state.co.us/cab.htm

EXHIBIT 2                STEPHANIE JONES COMPLAINT

| | |
|---|---|
| Invoice Date | 12/20/02 |
| Invoice No. | 0005400440 |
| Acct No. | 0030346867 |

Upon Receipt          90.95

AT&T Wireless
PO BOX 8228
AURORA, IL  60572-8228

STEPHANIE P JONES
270 CHALET DR
GREENVILLE AL  36037

0030346867300000000000000090958

EXHIBIT 2              STEPHANIE JONES COMPLAINT

STEPHANIE P JONES
270 CHALET DR
GREENVILLE AL  36037

EXHIBIT 2                STEPHANIE JONES COMPLAINT

STEPHANIE P JONES
270 CHALET DR
GREENVILLE AL  36037

                              Upon Receipt          90.95

     190.23        -99.28        0.00        90.95        0.00

### Summary of Charges

| | | |
|---|---|---|
| Previous Balance | 190.23 | |
| Total Payments | 99.28 cr | |
| Balance Forward .................................................................... | | **90.95** |
| | | |
| Monthly Service Charges | 0.00 | |
| Equipment Charges | 0.00 | |
| Other Charges and Credits | 0.00 | |
| Calling and Service Charges | 0.00 | |
| Taxes , Surcharges and Fees | 0.00 | |
| Total Current Charges ........................................................ | | 0.00 |
| | | |
| **TOTAL AMOUNT DUE** .......................................................... | | **90.95** |

Reflects payments received through 12/21/2002

AT&T Wireless #121 VoiceInfo puts a world of information as
close as your wireless phone. Dial #121 and use your voice
to access great information like sport scores, directions,
movie listings, stock quotes, and more. #121 VoiceInfo
is included with your calling plan, so try it today|

Our records indicate that we have not received your last
payment. Please remit the total amount due listed on this
statement today.

EXHIBIT 2                    STEPHANIE JONES COMPLAINT

| Account Name | STEPHANIE P JONES |
|---|---|
| Account Number | 0030346867 |
| Billing Period | 11/21/02-12/20/02 |

**Detail of Current Charges for STEPHANIE P JONES**
**Detail - Page 1**
Phone Number(s):

| Payment and Adjustment Information | | |
|---|---|---|
| 12/07/02 | Payment | 49.28 cr |
| 12/17/02 | Payment | 50.00 cr |
| | Total Payments and Adjustments | 99.28 cr |

| **Total Current Charges** | **0.00** |
|---|---|

EXHIBIT 2                    STEPHANIE JONES COMPLAINT

**Service Agreement**

Your use of service and payment of this invoice indicates agreement with the General Terms and Conditions of your wireless service.

**Local Taxes**

Local taxes are based on local government boundaries, the address information you provide for your account and/or your wireless telephone number. Please review the local tax charges on your bill. If you believe there is an error in the local tax charge, please contact us in writing and include a statement describing why you feel there is an error. Please note that some local or state laws may require you to follow special procedures when notifying us about a local tax dispute. Send all correspondence to PO Box 341860, Memphis, TN 38184-1860. Thank you for your cooperation.

Thank you for choosing AT&T Wireless. If you have any questions about your bill or wish to inquire about our newest plans and features, please call Customer Care, at 1-877-427-6000 (TTY 877-877-4742).

EXHIBIT 2                    STEPHANIE JONES COMPLAINT

Account Name          STEPHANIE P JONES
Account Number          0030346867
Billing Period        11/21/02-12/20/02

EXHIBIT 2                STEPHANIE JONES COMPLAINT

| Invoice Date | 01/20/03 |
| Invoice No. | 0006317885 |
| Acct No. | 0030345867 |

Upon Receipt       -45.41

AT&T Wireless
PO BOX 8228
AURORA, IL  60572-8228

STEPHANIE P JONES
6217 LYCOMING RD
MONTGOMERY AL  36117

0030345867300000000000000000007

EXHIBIT 2                    STEPHANIE JONES COMPLAINT

STEPHANIE P JONES
8217 LYCOMING RD
MONTGOMERY AL  36117

                                    Upon Receipt        -45.41

    90.95        -136.36        0.00        -45.41        0.00

### Summary of Charges

| | | |
|---|---|---|
| Previous Balance | 90.95 | |
| Total Payments | 136.36 cr | |
| Balance Forward ................................................. | | 45.41 cr |
| | | |
| Monthly Service Charges | 0.00 | |
| Equipment Charges | 0.00 | |
| Other Charges and Credits | 0.00 | |
| Calling and Service Charges | 0.00 | |
| Taxes , Surcharges and Fees | 0.00 | |
| Total Current Charges ....................................... | | 0.00 |
| | | |
| TOTAL AMOUNT DUE ........................................ | | 45.41 cr |

Reflects payments received through 01/21/2003

EXHIBIT 2                    STEPHANIE JONES COMPLAINT

Account Name              STEPHANIE P JONES
Account Number              0030346867
Billing Period           12/21/02-01/20/03

**Detail of Current Charges for STEPHANIE P JONES**
**Detail - Page 1**
**Phone Number(s):**

**Payment and Adjustment Information**

| | | |
|---|---|---|
| 01/06/03 | Payment | 92.82 cr |
| 01/06/03 | Payment | 43.54 cr |
| Total Payments and Adjustments | | 136.36 cr |

**Total Current Charges**                    **0.00**

EXHIBIT 2                STEPHANIE JONES COMPLAINT

**Service Agreement**

Your use of service and payment of this invoice indicates agreement with the General Terms and Conditions of your wireless service.

**Local Taxes**

Local taxes are based on local government boundaries, the address information you provide for your account and/or your wireless telephone number. Please review the local tax charges on your bill. If you believe there is an error in the local tax charge, please contact us in writing and include a statement describing why you feel there is an error. Please note that some local or state laws may require you to follow special procedures when notifying us about a local tax dispute. Send all correspondence to PO Box 341869, Memphis, TN 38184-1869. Thank you for your cooperation.

Thank you for choosing AT&T Wireless. If you have any questions about your bill or wish to inquire about our newest plans and features, please call Customer Care, at 1-877-427-4000 (TTY 877-877-4742).

EXHIBIT 2                    STEPHANIE JONES COMPLAINT

Account Name          STEPHANIE P JONES
Account Number          0030346867
Billing Period          12/21/02-01/20/03

EXHIBIT 3                STEPHANIE JONES COMPLAINT


**PALISADES COLLECTION, LLC**
**87 S COMMERCE WAY, SUITE 700**
**BETHLEHEM, PENNSYLVANIA 18017**
**(866) 230-8094             FAX (610) 758-9781**

North Carolina Permit#3804
North Carolina Permit#4145
New York City Department of Consumer Affairs License#1223521
New York City Department of Consumer Affairs License#1223513


March 16, 2007

Stephanie P. Jones
6217 Lycoming Road
Montgomery AL 36117-3132

| | | |
|---|---|---|
| Re       : | Stephanie P. Jones |
| Account No.: | 087800000030346867 |
| Our File No.: | 2788589 |
| Original Creditor: | AT&T Wireless |
| Balance: | $204.51 |

Dear Ms. Jones:

   Enclosed please find additional documentation received from the original creditor on the above captioned account.  In light of same, we consider your dispute concerning this account to be resolved and the debt in question validated.


                                   Very truly yours,



                                   Paul Lambert
                                   Dispute Department Supervisor




***FEDERAL LAW REQUIRES THAT I INFORM YOU THAT THIS
CORRESPONDENCE IS FROM A DEBT COLLECTOR. ***

For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/cab.htm

EXHIBIT 3              STEPHANIE JONES COMPLAINT

| | |
|---|---|
| Invoice Date | 01/20/03 |
| Invoice No. | 0006317865 |
| Acct No. | 0030346867 |

Upon Receipt      -45.41

AT&T Wireless
PO BOX 8228
AURORA, IL  60572-8228

STEPHANIE P JONES
6217 LYCOMING RD
MONTGOMERY AL  36117

00303468673000000000000000000007

EXHIBIT 3 STEPHANIE JONES COMPLAINT

STEPHANIE P JONES
6217 LYCOMINC RD
MONTCOMERY AL 36117

EXHIBIT 3                 STEPHANIE JONES COMPLAINT

STEPHANIE P JONES
6217 LYCOMING RD
MONTGOMERY AL  36117

                                Upon Receipt          -45.41

    90.95        -136.36         0.00          -45.41          0.00

### Summary of Charges

| | | |
|---|---|---|
| Previous Balance | 90.95 | |
| Total Payments | 136.36 cr | |
| Balance Forward ........................................................... | | 45.41 cr |
| | | |
| Monthly Service Charges | 0.00 | |
| Equipment Charges | 0.00 | |
| Other Charges and Credits | 0.00 | |
| Calling and Service Charges | 0.00 | |
| Taxes , Surcharges and Fees | 0.00 | |
| Total Current Charges ................................................ | | 0.00 |
| | | |
| TOTAL AMOUNT DUE ................................................. | | 45.41 cr |

Reflects payments received through 01/21/2003

EXHIBIT 3             STEPHANIE JONES COMPLAINT

Account Name              STEPHANIE P JONES
Account Number                0030346867
Billing Period            12/21/02-01/20/03

Detail of Current Charges for STEPHANIE P JONES
Detail - Page 1
Phone Number(s):

**Payment and Adjustment Information**

| | | | |
|---|---|---|---|
| 01/08/03 | Payment | 92.82 cr | |
| 01/08/03 | Payment | 43.54 cr | |
| | Total Payments and Adjustments | | 136.36 cr |

**Total Current Charges**                    0.00

EXHIBIT 3                    STEPHANIE JONES COMPLAINT

**Service Agreement**

Your use of service and payment of this invoice indicates agreement with the General Terms and Conditions of your wireless service.

**Local Taxes**

Local taxes are based on local government boundaries, the address information you provide for your account and/or your wireless telephone number. Please review the local tax charges on your bill. If you believe there is an error in the local tax charge, please contact us in writing and include a statement describing why you feel there is an error. Please note that some local or state laws may require you to follow special procedures when notifying us about a local tax dispute. Send all correspondence to PO Box 341869, Memphis, TN 38184-1869. Thank you for your cooperation.

Thank you for choosing AT&T Wireless. If you have any questions about your bill or wish to inquire about our newest plans and features, please call Customer Care, at 1-877-427-4000 (TTY 877-877-4742).

EXHIBIT 3                STEPHANIE JONES COMPLAINT

| | |
|---|---|
| Account Name | STEPHANIE P JONES |
| Account Number | 0030346867 |
| Billing Period | 12/21/02-01/20/03 |

EXHIBIT 3                STEPHANIE JONES COMPLAINT


March 15, 2007
#BWNKBHZ
#63476469#
MCMERAMIN, DAN
75 DIABLO CT
FAIRFIELD, CA  94533


Debtor Id Number: 6347646
Original Creditor: Verizon Select Services Inc.
Previous Creditor: VERIZON
Current Creditor: Palisades Collection, L.L.C.
Account Number: 7074260795000504
Current Balance: $21.51


Dear MCMERAMIN,DAN:

We are in receipt of your request for validation of this debt.
Enclosed you will find the requested documentation.

Please contact the undersigned with any questions, concerns or to make
payment arrangements.


Very truly yours,


Dispute Department



This correspondence is from a debt collector attempting to collect
a debt. Any information obtained will be used for that purpose.

If you have recently filed a bankruptcy proceeding, please be aware that
this letter is for informational purposes only. Please forward a copy of
this letter to your counsel and/or the trustee, as appropriate, and refer
them to a Palisades Collection, L.L.C. customer service representative at
1-866-230-8094

EXHIBIT 3                STEPHANIE JONES COMPLAINT

| | |
|---|---|
| Invoice Date | 01/20/03 |
| Invoice No. | 0006317885 |
| Acct No. | 0030346867 |

Upon Receipt          -45.41

AT&T Wireless
PO BOX 8228
AURORA, IL  60572-8228

STEPHANIE P JONES
6217 LYCOMING RD
MONTGOMERY AL  36117

00303468673000000000000000000007

EXHIBIT 3                          STEPHANIE JONES COMPLAINT



EXHIBIT 3              STEPHANIE JONES COMPLAINT

STEPHANIE P JONES
6217 LYCOMING RD
MONTGOMERY AL  36117

                              Upon Receipt         -45.41


    90.95      -136.36      0.00       -45.41       0.00


### Summary of Charges

| | | |
|---|---|---|
| Previous Balance | 90.95 | |
| Total Payments | 136.36 cr | |
| Balance Forward ......................................................... | | 45.41 cr |
| | | |
| Monthly Service Charges | 0.00 | |
| Equipment Charges | 0.00 | |
| Other Charges and Credits | 0.00 | |
| Calling and Service Charges | 0.00 | |
| Taxes , Surcharges and Fees | 0.00 | |
| Total Current Charges .................................................. | | 0.00 |
| | | |
| TOTAL AMOUNT DUE ................................................... | | 45.41 cr |

Reflects payments received through 01/21/2003

EXHIBIT 3                STEPHANIE JONES COMPLAINT

| Account Name | STEPHANIE P JONES |
|---|---|
| Account Number | 0030346867 |
| Billing Period | 12/21/02-01/20/03 |

**Detail of Current Charges for STEPHANIE P JONES**
**Detail - Page 1**
**Phone Number(s):**

**Payment and Adjustment Information**

| 01/08/03 | Payment | 92.82 cr |
|---|---|---|
| 01/08/03 | Payment | 43.54 cr |
| | Total Payments and Adjustments | 136.36 cr |

| **Total Current Charges** | **0.00** |
|---|---|

EXHIBIT 3              STEPHANIE JONES COMPLAINT

**Service Agreement**

Your use of service and payment of this invoice indicates agreement with the General Terms and Conditions of your wireless service.

**Local Taxes**

Local taxes are based on local government boundaries, the address information you provide for your account and/or your wireless telephone number. Please review the local tax charges on your bill. If you believe there is an error in the local tax charge, please contact us in writing and include a statement describing why you feel there is an error. Please note that some local or state laws may require you to follow special procedures when notifying us about a local tax dispute. Send all correspondence to PO Box 341869, Memphis, TN 38184-1869. Thank you for your cooperation.

Thank you for choosing AT&T Wireless. If you have any questions about your bill or wish to inquire about our newest plans and features, please call Customer Care, at 1-877-421-4000 (TTY 877-877-4742).

EXHIBIT 3                    STEPHANIE JONES COMPLAINT

Account Name         STEPHANIE P JONES
Account Number           0030346867
Billing Period       12/21/02-01/20/03

EXHIBIT 4            STEPHANIE JONES COMPLAINT

| | Date | Type | Description |
|---|---|---|---|
| ☐ | 04/10/2007 | Increase | Balance has increased by 112% |
| ☐ | 04/11/2007 | Inquiry | TRICO FINANCIAL SERVICES |
| ☐ | 04/08/2007 | New Account | WORLD FINANCE # 1508 |
| ☐ | 04/08/2007 | Score Change | From 630 to 640 Your score has changed such that it changes the Mortgage interest rate you may qualify for. |
| ☐ | 03/24/2007 | New Account | PALISADES |
| ☐ | 03/24/2007 | Score Change | From 640 to 630 Your score has changed such that it changes the Mortgage interest rate you may qualify for. |
| ☐ | 03/14/2007 | Inquiry | WORLD FINANCE # 1508 |
| ☐ | 03/14/2007 | Inquiry | 1st FRANKLIN FINANCIAL COR |
| ☐ | 03/10/2007 | Account Information | CAPITAL ONE |
| ☐ | 03/10/2007 | Balance Percent Increase | Balance has increased by 232% |
| ☐ | 03/10/2007 | Balance Amount Increase | Balance has increased by $297 |
| ☐ | 03/07/2007 | New Account | COMALA CREDIT UNION |
| ☐ | 03/02/2007 | Inquiry | COMALA CREDIT UNION |
| ☐ | 02/28/2007 | Balance Percent Increase | Balance has increased by 313% |
| ☐ | 02/28/2007 | Account Information | CAPITAL ONE |
| ☐ | 02/28/2007 | Score Change | From 633 to 640 Your score has changed such that it changes the Mortgage interest rate you may qualify for. |
| ☐ | 02/28/2007 | Account Information | PRIME ACCEPTANCE CORP |
| ☐ | 02/28/2007 | Inquiry | COMALA CREDIT UNION |
| ☐ | 02/24/2007 | Balance Amount Increase | Balance has increased by $747 |
| ☐ | 02/24/2007 | Score Change | From 649 to 633 Your score has changed such that it changes the Mortgage interest rate you may qualify for. |
| ☐ | 02/24/2007 | Balance Percent Increase | Balance has increased by 655% |

EXHIBIT 5

**STEPHANIE JONES COMPLAINT**
Afni, Inc.
PO Box 3427
Bloomington, IL 61702-3427
(866)308-9119
**www.afnicollections.com**

# COLLECTION NOTICE

This account has been acquired by our agency for collection. We believe it is in your best interest to resolve this account. We may report information about your account to credit bureaus.

If you have any questions, please contact our office toll free at (866)308-9119 Monday through Friday 7am-9pm CST. For proper credit on your account, please write this number 020313558-02 on your payment.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion there of, this office will: obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt. Any information obtained will be used for the purpose. You have the right to inspect your credit. This letter is from a debt collector.

Please see reverse side of this notice for our Privacy Statement and credit card payment options.

To manage your account online, visit us at : **www.afnicollections.com**


(334) 328-5504

Please retain this information for your records

| Afni, Inc. Account # | Balance Due | Creditor | Creditor Account # | Date |
|---|---|---|---|---|
| 020313558-02 | $661.59 | CINGULAR | 41067222 | 3/11/2007 |

Detach along perforation and return bottom portion along with payment in the enclosed envelope. Credit card payment options are on the back of notice.

For proper credit, please include your Afni account # listed below on your check

AFNF7-0309F227670-QWSP-2 27670

Department 555
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

#BWNFTZF #AFN6330416407035#

STEPHANIE P JONES
6217 LYCOMING RD
MONTGOMERY AL  36117-3132

| | |
|---|---|
| Afni, Inc. Account #: | 020313558-02 |
| Original Creditor: | CINGULAR |
| Client Account #: | 41067222 |
| Original Balance: | $575.30 |
| Collection Fee: | $86.29 |
| Balance Due: | $661.59 |
| Date: | 3/11/2007 |
| Toll Free: | (866)308-9119 |

2   020203135558   441222   66159

PO Box 3427
Bloomington, IL 61702-3427

EXHIBIT 6                    STEPHANIE JONES COMPLAINT

# *Stephanie P. Jones*
### *6217 Lycoming Road*
### *Montgomery, Alabama 36117*
#### *(334)279-1608*

March 20, 2007

**Via Certified Mail**

AFNI, Inc.
P.O. Box 3427
Bloomington, IL 61702-3427

RE:     Client Account# 41067222- Cingular Wireless
        AFNI, Inc. Acct# 020313558-02

Dear AFNI:

I am in receipt of your letter regarding the above-referenced account.  I dispute the validity of this debt and request verification of the debt.

I look forward to hearing from you soon.

Sincerely,

Stephanie P. Jones

EXHIBIT 7          STEPHANIE JONES COMPLAINT
P.O. Box 20939
Ferndale, MI  48220



**afni**
404 Brock Drive
P.O. Box 3427
Bloomington, IL 61702-3427

04/15/2007

Afni, Inc. Account #:  020313558-02

Original Creditor: CINGULAR
Creditor Account #:    41067222
Social Security #:     XXX-XX-XXXX

STEPHANIE P JONES
6217 LYCOMING RD
MONTGOMERY, AL 36117-3132

Dear Valued Customer,

This is in response to your recent inquiry regarding Afni account number 020313558-02.  We have verified with the creditor the following information:

Creditor:           CINGULAR

Original Creditor:  CINGULAR

                    1801 VALLEY VIEW LANE

                    FARMERS BRANCH, TX 75234

Creditor Account #     41067222

Balance: 661.59

This letter serves as verification of the debt. Upon mailing of this letter, in accordance with 15 USC 1692g, Afni will resume collection activities.

If you have any questions, please contact our office toll free at (888)804-2409 Monday through Friday 8am-5pm CST.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. You have the right to inspect your credit.  This letter is from a debt collector.

Sincerely,

Afni, Inc.

(QESP)40:T025:001355:001:0002:07165:

AFNIVE

EXHIBIT 8                STEPHANIE JONES COMPLAINT

LAW OFFICES OF
## JERRY L. THORNTON
ATTORNEYS AND COUNSELORS
120 LAFAYETTE STREET
POST OFFICE BOX 759
HAYNEVILLE, ALABAMA 36040

e-mail: jlthornton@mindspring.com

TELEPHONE: (334) 548-2514                                    FACSIMILE: (334) 548-2700

April 23, 2007

AFNI
P.O. Box 3427
Bloomington, IL 61702-3427

     RE:    Stephanie P. Jones
             AFNI Account Number: 020313558-02
             Our File Number: 3923-008

Dear Sir or Madame:

    This letter is to advise you that I represent Stephanie P. Jones in the above-referenced matter. Please direct all future correspondences to my attention. We dispute the validity of this debt, and demand strict proof thereof. As is provided by the Fair Debt Collection Act, please provide me with the contents of the file concerning Ms. Jones. Please forward this information to my attention at your earliest convenience.

    With best wishes, I remain

                 Sincerely yours,

                 Jerry L. Thornton

11866.wpd

EXHIBIT 9                    STEPHANIE JONES COMPLAINT

· P.O. Box 20939
Ferndale, MI 48220



**afni**
404 Brock Drive
P.O. Box 3427
Bloomington, IL 61702-3427

06/08/2007

||.||..|||..|||..||||||.|.||||.|.||||..|||||.|.||..||||.||||

STEPHANIE P JONES
PO BOX 759
120 LAFAYETTE ST
HAYNEVILLE, AL 36040-2069

|..||.||.||..||..||||..||||.||||..||.|.|..||.||||..||.|.|.|

Afni, Inc. Account #:  020313558-02

Original Creditor:  CINGULAR
Creditor Account #:    41067222
Social Security #:      XXX-XX-XXXX

Dear Valued Customer,

This is in response to your recent inquiry regarding Afni account number 020313558-02. We have verified with the creditor the following information:

| | |
|---|---|
| Creditor: | CINGULAR |
| Original Creditor: | CINGULAR |
| | 1801 VALLEY VIEW LANE |
| | FARMERS BRANCH, TX 75234 |
| Creditor Account # | 41067222 |

Balance: 661.59

This letter serves as verification of the debt. Upon mailing of this letter, in accordance with 15 USC 1692g, Afni will resume collection activities.

If you have any questions, please contact our office toll free at (888)804-2409 Monday through Friday 8am-5pm CST.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. You have the right to inspect your credit. This letter is from a debt collector.

Sincerely,

Afni, Inc.

(QESP)40 T043 001 3ee 001 0000 07719.                                                              AFNIVE

EXHIBIT 10              STEPHANIE JONES COMPLAINT

P.O. Box 20939
Ferndale, MI 48220



**afni**
404 Brock Drive
P.O. Box 3427
Bloomington, IL 61702-3427

06/29/2007

IIıIIıııIIIııIIıııIIIIIIıIııIIIIıııIıIıIIIıIIIıııIIIIIIıııIıIIII

STEPHANIE P JONES
PO BOX 759
120 LAFAYETTE ST
HAYNEVILLE, AL 36040-2069

IııIIııIIıIIıııIıIıIIIıııIıIIIıııIIIııIıIıIıııIıIIIIııIıIıI

Afni, Inc. Account #:  020313558-02

Original Creditor:  CINGULAR
Creditor Account #:    41067222
Social Security #:      XXX-XX-XXXX

Dear Valued Customer,

This is in response to your recent inquiry regarding Afni account number 020313558-02. We have
verified with the creditor the following information:

Creditor:              CINGULAR

Original Creditor:     CINGULAR

                       1801 VALLEY VIEW LANE

                       FARMERS BRANCH, TX 75234

Creditor Account #     41067222

Balance: 661.59

This letter serves as verification of the debt. Upon mailing of this letter, in accordance with 15 USC
1692g, Afni will resume collection activities.

If you have any questions, please contact our office toll free at (888)804-2409 Monday through Friday
8am-5pm CST.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. You have
the right to inspect your credit. This letter is from a debt collector.

Sincerely,

Afni, Inc.