| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company  ☐ Agent  ☒ Addressee<br>B. Received by ( Printed Name )  The Corporation Company   C. Date of Delivery 8/6/07 |
| 1. Article Addressed to:<br><br>American Telephone and Telegraphy Company, Inc. c/o<br>The Corporation Company<br>2000 Interstate Park Dr. Ste 204<br>Montgomery, AL  36109<br><br>07cv695 SRC | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0004 3002 9665 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540