| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *The Corporation Company*  ☐ Agent  ☒ Addressee<br>B. Received by *(Printed Name)* *The Corporation Company*   C. Date of Delivery 8/6/07 |
| 1. Article Addressed to:<br><br>AFNI, Inc.<br>c/o The Corporation Company<br>2000 Interstate Pk. Dr. Ste 204<br>Montgomery, AL  36109 | D. Is delivery address different from item 1? ☒ Yes<br>   If YES, enter delivery address below: ☐ No |
| 07cv695 SRC | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 0500 0004 3002 9658 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540