**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Palisades Collection, LLC
   c/o CT Corporation
   208 LaSalle Street, Ste 814
   Chicago, IL  60604

   *[handwritten: nc695 S&C]*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X

   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

   RECEIVED
   AUG 1 0 2007
   CT SOP DEPT

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7003 0500 0004 3002 9643

PS Form **3811**, February 2004     Domestic Return Receipt     102595-02-M-1540