IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN TELEPHONE AND )<br>TELEGRAPH COMPANY, INC.; AFNI, INC.; )<br>and PALISADES COLLECTIONS, LLC, )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br><br>2:07CV695WKW |

**<u>CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING</u>**

American Telephone and Telegraph Company, Inc. ("AT&T" or "Defendant"), with the consent of plaintiff, hereby moves this Honorable Court to grant an extension of time to file a responsive pleading in this case. In support of this motion, Defendant states as follows:

1. This lawsuit was originally filed on August 1, 2007.

2. Defendant was served with copies of the Summons and Complaint on or about August 6, 2007.

3. Plaintiff's counsel has agreed to allow Defendant until September 17, 2007, to file a responsive pleading in this case. No parties will be prejudiced by this brief extension.

WHEREFORE, Defendant American Telephone and Telegraph Company, Inc. respectfully requests that this Court grant this extension of time to file a responsive pleading.

/s/ S. Andrew Kelly<br>
One of the Attorneys for Defendant<br>
American Telephone and Telegraph Company, Inc.

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
Sara Anne Ford (FORDS5509)
S. Andrew Kelly (KELLS3760)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on this <u>23rd</u> day of <u>August</u>, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Kirby, Jr.
The Kirby Law Firm
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

                                      /s/ S. Andrew Kelly
                                      OF COUNSEL