IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-0695-WKW |
| ) | |
| AMERICAN TELEPHONE AND ) | |
| TELEGRAPH COMPANY, INC.; AFNI, INC.; ) | |
| and PALISADES COLLECTIONS, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant American Telephone and Telegraph Company, Inc.'s Consent Motion for Extension of Time to File Responsive Pleading (Doc. # 7), it is ORDERED that the motion is GRANTED. The deadline for Defendant American Telephone and Telegraph Company, Inc. to file an answer or other responsive pleading is extended from August 27, 2007, to **September 17, 2007.**

DONE this 24th day of August, 2007.

                                                       /s/   W.  Keith Watkins
                                                       UNITED STATES DISTRICT JUDGE