**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **STEPHANIE P. JONES,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:  2:07cv695-WKW** |
| | ) | |
| **AFNI, INC., ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW the defendant, Afni, Inc., and pursuant to Federal Rule of Civil Procedure 7.1 files the following Corporate Disclosure Statement:

1.     There is no parent corporation or publicly held corporation earning ten percent or more of the stock of the defendant.

Respectfully Submitted,


 /s/  Neal D. Moore, III       .
Neal D. Moore, III,
Attorney for Afni, Inc.


OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
(205)879-8722

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of August, 2007, a copy of the forgoing document has been electronically filed and served on counsel via EMC/CF e-file:

Robert Edward Kirby, Jr.
The Kirby Law Firm
4000 Eagle Pointe Corporate Drive
Birmingham, Alabama  35242


  /s/ Neal D. Moore, III
OF COUNSEL