IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CV-07-695-WKW |
| AMERICAN TELEPHONE AND ) | |
| TELEGRAPH COMPANY, INC., et al, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW American Telephone and Telegraph Company, Inc. ("AT&T"), a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

1.  AT&T Inc. (NYSE Ticker: T) is the ultimate parent company of AT&T Mobility LLC. AT&T Inc. has no parent company, and there are no publicly-held entities that own 10% or more of AT&T Inc.'s stock.

2.  AT&T Mobility LLC f/k/a Cingular Wireless LLC is a Delaware limited liability company ("LLC") with its principal place of business in Atlanta, Georgia. AT&T Mobility LLC is an indirect, wholly owned subsidiary of AT&T Inc. AT&T Mobility has five members: (1) SBC Long Distance LLC; (2) ABC Alloy Holdings, Inc.; (3) AT&T Mobility Corporation f/k/a Cingular Wireless Corporation; (4) BellSouth Mobile Data, Inc.; and (5) BLS Cingular Holdings,

LLC. The ownership of the five members is as follows: (1) SBC Long Distance, LLC is wholly owned by SBC Telecom, Inc. SBC Telecom is a Delaware corporation with no employees and no physical assets and with the majority of it's corporate officers located in San Antonio, Texas; (2) SBC Alloy Holdings, Inc. is a Delaware corporation with its principal place of business in San Antonio, Texas; (3) AT&T Mobility Corporation f/k/a Cingular Wireless Corporation is a Delaware corporation with its principal place of business in Atlanta, Georgia; (4) BellSouth Mobile Data, Inc. is a Georgia Corporation with its principal place of business in Atlanta, Georgia; and (5) BLS Cingular Holdings, LLC is owned by AB Cellular Holding LLC and Wireless Telecommunications Company, LLC. Wireless Telecommunications Investment Company, LLC is wholly owned by BellSouth Mobile Data, Inc. AB Cellular Holding, LLC is owned by BellSouth Mobile Data, Inc. and RAM Broadcasting Corporation. RAM Broadcasting Corporation is a New York corporation with its principal place of business in Georgia.

_____
One of the Attorneys for Defendant
American Telephone and Telegraph Company, Inc.

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
Sara Anne Ford (FORDS5509)
S. Andrew Kelly (KELLS3760)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of Sept, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Kirby, Jr.
The Kirby Law Firm
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243

_____
OF COUNSEL