IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07-CV-0695- |
| ) | WKW-SRW |
| AMERICAN TELEPHONE AND ) | |
| TELEGRAPH COMPANY, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT,
AMERICAN TELEPHONE AND TELEGRAPH COMPANY, INC.**

Comes now the Plaintiff, by and through her counsel of record, and hereby gives notice of dismissal of defendant, AMERICAN TELEPHONE AND TELEGRAPH COMPANY, INC., without prejudice. Costs are to be taxed as paid by each party. Counsel for Defendant AMERICAN TELEPHONE AND TELEGRAPH COMPANY, INC. has advised Plaintiff's counsel that this is not the "AT &T" involved in the account at issue in this case.

All claims pending against any other parties to this action remain pending in their entirety.

Dated this the 17th day of September, 2007.

/s/ Robert E. Kirby, Jr.
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiff

*Of Counsel:*
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Drive
Birmingham, AL  35242
Office: (205) 254-0975
Fax:    (205) 669-5351
Email: bkirby@bkirbylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served an exact copy of the foregoing Motion to Dismiss upon all counsel of record, as listed below, by electronic filing or United States Mails, postage prepaid, on this the 17th day of September, 2007.

Sara Anne Ford, Esq.
Jere F. White, Jr., Esq.
S. Andrew Kelly, Esq.
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203

Neal DeWitt Moore, III, Esq.
FERGUSON, FROST & DODSON, LLP
P. O. Box 430189
2500 Acton Road, Suite 200
Birmingham, AL 35243

/s/ Robert E. Kirby, Jr.
Of Counsel for Plaintiff