Stricken erroneously docketed in wrong case.