IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0695-WKW |
| | ) |
| AMERICAN TELEPHONE AND | ) |
| TELEGRAPH COMPANY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the court is Plaintiff's Notice of Dismissal of Defendant American Telephone and Telegraph Company, Inc. (Doc. # 13).  Since defendant American Telephone and Telegraph Company, Inc., has not yet answered or filed a motion for summary judgment, the plaintiff is entitled to dismiss an action pursuant to Fed. R. Civ. P. 41(a)(1)(i), which permits voluntary dismissal by a plaintiff.  Accordingly, it is ORDERED that defendant American Telephone and Telegraph Company, Inc., is DISMISSED without prejudice.  Plaintiff's claims against all other defendants remain pending.

DONE this 24th day of September, 2007.

    /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE