IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Northern</u> DIVISION

Stephanie P. Jones ,
　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. <u>cv-07-695-WKW</u>

American Telephone and Telegraph Company, Inc. ,
　　　　　Defendants,

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW <u>Stephanie P. Jones</u>, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>　　　　　　　　　　<u>Relationship to Party</u>

_____　　　　　　_____

_____　　　　　　_____

_____　　　　　　_____

<u>12/10/2007</u>　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　(Signature)

**Robert E. Kirby, Jr.**
(Counsel's Name)

**Stephanie P. Jones**
Counsel for (print names of all parties)
4000 Eagle Point Corporate Drive, Suite 101
Birmingham, AL 35242-1900
Address, City, State Zip Code
(205)254-0975
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Robert E. Kirby, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _10th_____day of _December_____ 20_07_, to:

Jere F. White, Jr., Sara Anne Ford, S. Andrew Kelly, The Clark Building, 400 North 20th Street, B'ham, AL 35203

Neal D. Moore, III, 2500 Acton Road, Suite 200, Birmingham, AL 35243

Justin Matthew Parnell, Post Office Box 2189, Montgomery, Alabama 36102

12/10/2007
Date                                             Signature