IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0695-WKW |
| ) | |
| AFNI, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Default Judgment (Doc. # 22) against Defendant Palisades Collections, LLC, it is ORDERED that the motion (Doc. # 22) is DENIED at this time without prejudice. In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff must first request that the clerk of the court make an entry of default and then may move the court for default judgment.

DONE this 6th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE