IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE P. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-0695-WKW |
| | ) | |
| AFNI, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon filing of the Plaintiff's Motion for Leave to Amend Complaint (Doc. # 21), it is ORDERED that the defendants shall show cause in writing **on or before February 13, 2008,** why the motion should not be granted.

DONE this 6th day of February, 2008.

                                       /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE