IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, | ) |
| PLAINTIFF, | ) |
| V. | ) CASE NO: 2:07cv695-WKW |
| AFNI, INC., ET AL., | ) |
| DEFENDANTS. | ) |

### AFNI'S RESPONSE TO SHOW CAUSE ORDER

COMES NOW the defendant, Afni, Inc., and in response to the Order of this Honorable Court requiring the defendants to show cause why the Amended Complaint should not be allowed, states as follows:

1. This defendant does not object to the Amended Complaint.

Respectfully Submitted,

 /s/ Neal D. Moore
Neal D. Moore, III
Attorney for Defendant, Afni, Inc.

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
(205)879-8722

## CERTIFICATE OF SERVICE

      This is to certify that on this the 11th day of February, 2008, a copy of the forgoing document has been electronically filed and served on counsel via EMC/CF e-file:

Robert Edward Kirby, Jr.
The Kirby Law Firm
4000 Eagle Pointe Corporate Drive
Birmingham, Alabama  35242

                                    /s/ Neal D. Moore, III
                                    OF COUNSEL