**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 13, 2008

# NOTICE OF ERROR

**To:**      **All Counsel of Record**

**Case Style:   Jones v. American Telephone and Telegraph Company, Inc. et al**

**Case Number:   2:07-cv-00695-WKW**

**Referenced Pleading:   Reply**
**Docket Entry Number:    26**

**The referenced pleading was filed on \*\*February 12, 2008\*\* in this case and
is hereby STRICKEN as an erroneous  duplicate docket entry of Docket Entry 25.**

**Parties are instructed to disregard #26 docketing entry, which has been stricken from the
record as a docketing error.**