IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE P. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-0695-WKW |
| | ) | |
| AFNI, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 31, 2008, the plaintiff filed a Motion for Leave to Amend Complaint (Doc. # 21). On February 6, 2008, the court ordered the defendants to show cause why the motion should not be granted. (Doc. # 24.) Defendant Afni, Inc. ("Afni"), filed a response indicating it does not object to the motion. (Doc. # 25.) Defendant Palisades Collections, LLC ("Palisades"), did not respond. Upon consideration of the motion and the response to the court's show cause order, it is ORDERED that the plaintiff's motion to amend her complaint (Doc. # 21) is GRANTED and the plaintiff is DIRECTED to cause the immediate service of process on the new defendant. In accordance with Section II.A.5 of the *CM/ECF Administrative Procedures* for the Middle District of Alabama, the plaintiff shall file electronically an exact duplicate of its proposed amended complaint **on or before February 26, 2008**. Defendants Afni and Palisades shall file their amended answers within ten days after service of the amended complaint pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure.

DONE this 19th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE