## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **STEPHANIE P. JONES;** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **Civil Action No.:2:07-cv-695-WKW** |
| | ) |
| **AMERICAN TELEPHONE AND** | )    **JURY DEMAND** |
| **TELEGRAPH COMPANY, INC.;** | ) |
| **AFNI, INC.; and, PALISADES** | ) |
| **COLLECTIONS, LLC;** | ) |
| | ) |
|     **Defendants.** | |

### STIPULATION OF DISMISSAL

**COMES NOW** the Plaintiff and stipulates to the dismissal of defendant PALISADES COLLECTIONS, LLC.  Plaintiff has reached a protanto settlement with this defendant and respectfully requests that this Honorable Court dismiss PALISADES COLLECTIONS, LLC from this lawsuit, with prejudice and with costs taxed as paid.

This action continues against defendants AFNI, INC. and AT & T MOBILITY, LLC.

        Respectfully Submitted,

        /s/ **Robert E. Kirby, Jr.**
        ROBERT E. KIRBY, JR. (KIR013)
        Attorney for Plaintiff
        THE KIRBY LAW FIRM
        4000 Eagle Point Corporate Dr.
        Birmingham, AL  35242

2

        Telephone:  (205) 254-0975
        Fax:        (205) 669-5351
        Email:  bkirby@bkirbylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion by filing same through the Federal E-File system; by Electronic Mail; and/or by U.S. Mail; on this 23rd day of February, 2008 upon the following:

S. Andrew Kelly, Esq.
The Clark Building
400 North 20th Street
Birmingham, AL  35203

Neal D. Moore, III., Esq.
2500 Acton Road, Suite 200
Birmingham, AL  35243

Justin Matthew Parnell, Esq.
Post Office Box 2189
Montgomery, AL  36102

        ***Robert E. Kirby, Jr.***
        Of counsel