IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0695-WKW |
| | ) |
| AFNI, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Stipulation of Dismissal (Doc. # 31) against Defendant Palisades Collections, LLC, filed February 23, 2008, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the plaintiff's claims against Defendant Palisades Collections, LLC, are DISMISSED WITH PREJUDICE. Furthermore, it is ORDERED that Defendant Palisades Collections, LLC, is DISMISSED as a party to this action.

DONE this 25th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE