IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0695-WKW |
| ) | |
| AFNI, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having come to the court's attention that the parties have resolved this case, it is ORDERED that the parties shall file a joint stipulation of dismissal **on or before April 28, 2008**.

DONE this 7th day of April, 2008.

                                           /s/  W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE