# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| AMERICAN TELEPHONE AND ) | 2:07CV695WKW |
| TELEGRAPH COMPANY, INC.; AFNI, INC.; ) | |
| and PALISADES COLLECTIONS, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Come now plaintiff Stephanie P. Jones and defendants AT&T Mobility, LLC and Afni, Inc., by and through their respective counsel, and hereby stipulate to the dismissal of any and all claims asserted by plaintiff against all defendants in this lawsuit, with prejudice, costs taxed as paid. A proposed Order for entry by the Court is attached.

_____
Attorney for Plaintiff

OF COUNSEL:
Robert E. Kirby, Jr.
The Kirby Law Firm
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

/s/

One of the Attorneys for Defendant
American Telephone and Telegraph Company, Inc.

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
Sara Anne Ford (FORDS5509)
S. Andrew Kelly (KELLS3760)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

/s/

One of the Attorneys for Defendant
Afni, Inc.

OF COUNSEL:
Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE P. JONES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN TELEPHONE AND )<br>TELEGRAPH COMPANY, INC.; AFNI, INC.; )<br>and PALISADES COLLECTIONS, LLC, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br><br>2:07CV695WKW |

**ORDER**

This cause having come before the Court on the parties' Joint Stipulation of Dismissal, and the Court having considered same, it is hereby

ORDERED, ADJUDGED and DECREED that all claims asserted by plaintiff in this matter against all defendants are hereby DISMISSED with prejudice, costs taxed as paid.

DONE and ORDERED this _____ day of _____, 2008.

_____
DISTRICT COURT JUDGE

3